# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**BETTY BOLLINGER,**

    **Plaintiff,**

                                  **CASE NO.: 3:21-cv-00729-BJD-PDB**

**vs.**

**EQUIFAX INFORMATION SERVICES, LLC,**
    **Defendant.**
_____/

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff, Betty Bollinger, and Defendant, Equifax Information Services, LLC, by and through their undersigned counsel, and would request entry of an Order dismissing this matter without Prejudice, each party to bear their own costs and attorneys' fees.

Dated this 24th day of November, 2021.

| | |
|---|---|
| /s/ *Austin J. Griffin, Esq.*<br>Max Story, Esq.<br>Florida Bar No.: 527238<br>Austin Griffin, Esq.<br>Florida Bar No.: 117740<br>**Max Story, PA**<br>328 2nd Avenue North, Suite 100<br>Jacksonville Beach, FL 32250<br>Telephone: (904) 372-4109<br>max@storylawgroup.com<br>austin@storylawgroup.com<br>**Counsel for Plaintiff** | /s/ *Jason Daniel Joffe, Esq.*<br>Jason Daniel Joffe<br>Florida Bar No: 0013564<br>200 S. Biscayne Blvd.<br>Suite 4700<br>Miami, FL 33131<br>Telephone: (305) 577.7000<br>Jason.joffe@squirepb.com<br>**Counsel for Defendant** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 24, 2021 via the Clerk of Court's CM/ECF system which will provide electronic notice to Max Story, Esquire, Austin J. Griffin, Esquire, and Jason Daniel Joffe, Esquire.

*/s/ Austin J. Griffin, Esq.*
Austin J. Griffin, Esq.