## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BETTY BOLLINGER,

    Plaintiff,

v.

                                            Case No.: 3:21-cv-729-BJD-PDB

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal without Prejudice (Doc. No. 11; Stipulation) filed on November 24, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case without prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

DONE and ORDERED in Jacksonville, Florida this 7th day of December, 2021.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*